# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR CHARLES FOURSTAR, JR., | Case No. 1:15-cv-00792 DLB PC |
| Plaintiff, | ORDER DISMISSING ACTION FOR FAILURE TO PAY FILING FEE |
| v. | [ECF No. 6] |
| RICHARD MARTINEZ, et al., | |
| Defendants. | |

Plaintiff Victor Charles Fourstar, Jr., # 07418-046, a federal prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 26, 2015, along with a motion for leave to proceed in forma pauperis.[1] On May 29, 2015, the Court granted Plaintiff's motion to proceed in forma pauperis. On August 4, 2015, the Court revoked in forma pauperis status and directed Plaintiff to pay the filing fee within thirty (30) days or suffer dismissal of the action. Over thirty (30) days have passed and Plaintiff has failed to pay the filing fee.

///

///

///

///

---

[1] On June 9, 2015, Plaintiff consented to the jurisdiction of the Magistrate Judge pursuant to 28 U.S.C. § 636(c).

**ORDER**

Accordingly, IT IS HEREBY ORDERED that the case is DISMISSED for failure to pay the filing fee.

IT IS SO ORDERED.

Dated:   **February 24, 2016**              /s/ *Dennis L. Beck*
                                            UNITED STATES MAGISTRATE JUDGE