1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16

| | |
|---|---|
| VICTOR CHARLES FOURSTAR, JR., | Case No. 1:15-cv-00792 DLB PC |
| Plaintiff, | ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL |
| v. | (ECF No. 12) |
| RICHARD MARTINEZ, et al., | |
| Defendants. | |
| _____/ | |

17
18
19
20
21
22
23
24

Plaintiff Victor Charles Fourstar, Jr., # 07418-046, a federal prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 26, 2015.[1]  On May 29, 2015, the Court granted Plaintiff's motion to proceed in forma pauperis.  On August 4, 2015, the Court determined that Plaintiff is subject to 28 U.S.C. § 1915(g) and revoked Plaintiff's in forma pauperis status.  Plaintiff was directed to pay the filing fee or suffer dismissal of the action.  Plaintiff failed to pay the filing fee and the action was dismissed on February 25, 2016.  On March 28, 2016, Plaintiff filed a motion for extension of time to file a notice of appeal along with a motion to proceed in forma pauperis on appeal.

25
26
27

Pursuant to Federal Rules of Appellate Procedure 4(a)(5), the district court can extend the time for filing a notice of appeal for an additional thirty days beyond the time prescribed time if the party files a motion for an extension within thirty days after the prescribed time.  In this case,

28

---

[1] On June 9, 2015, Plaintiff consented to the jurisdiction of the Magistrate Judge pursuant to 28 U.S.C. § 636(c).

1  the time for filing a notice of appeal expired on March 28, 2016.  See Federal Rules of Appellate

2  Procedure 4(a)(1)(A).   Therefore, Plaintiff's motion for extension of time was timely filed.

3  Accordingly, Plaintiff will be granted an additional thirty days to and including April 27, 2016, to

4  file a notice of appeal.

5      With respect to Plaintiff's motion to proceed in forma pauperis on appeal, the Court again

6  notes that Plaintiff has suffered three or more prior dismissals which qualify as final strikes under

7  28 U.S.C. § 1915(g).   In addition, the Court finds the appeal to be frivolous.  Gardner v. Pogue,

8  558 F.2d 548, 550-51 (9th Cir. 1977); see also Hooker v. American Airlines, 302 F.3d 1091, 1092

9  (9th Cir. 2002).

10      Accordingly, IT IS HEREBY ORDERED:

11      1)  Plaintiff's motion for extension of time to file a notice of appeal is GRANTED; the

12          notice of appeal is due on or before April 27, 2016; and

13      2)  Plaintiff's motion to proceed in forma pauperis on appeal is DENIED.

14

15  IT IS SO ORDERED.

16    Dated:   **April 4, 2016**                    /s/ Dennis L. Beck

17                                    UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28